# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CLYDE MCKNIGHT,

        Defendant.

NO. CR18-16-TSZ

DETENTION ORDER

<u>Offense charged</u>:

    Count 1:      Possession with Intent to Distribute a Controlled Substance

<u>Date of Detention Hearing</u>:  February 14, 2018

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Application of the presumption is appropriate in this case.

2. Defendant found out about the investigation and fled to Oregon.

3. In his vehicle, substantial quantities of drugs were found. Although the weight of the evidence is the least important factor, it cannot be ignored.

4. Defendant has a substantial history of assaultive behavior, including a

conviction for attempted murder. After his arrest, while in the Federal Detention Center, he assaulted a detainee, perhaps blinding him.

5. Defendant was on supervision when the seizure of substantial drugs and a firearm were seized from his vehicle.

6. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

1. Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of February, 2018.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge