# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLYDE MCKNIGHT, a/k/a "Pizza," MICHAEL TURNER, a/k/a "EZ," PATRICK TABLES, a/k/a "Break Bread," JONATHAN RUSHING, and MARVIN TRAYLOR,

    Defendants.

2:18-cr-00016-TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Clyde McKnight's motion to extend pretrial motions deadline, docket no. 17, is GRANTED. The motions deadline is STRICKEN. A new motions deadline and a new trial date will be set at the scheduling conference.

(2) The Court SETS a scheduling conference in this case for all defendants for Thursday, March 15, 2018, at 1:30 p.m.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of March, 2018.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk

MINUTE ORDER - 1