UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CLYDE MCKNIGHT, MICHAEL TURNER, PATRICK TABLES, JONATHAN RUSHING, and MARVIN TRAYLOR,<br><br>   Defendants. | CR18-16 TSZ<br><br>ORDER |

THIS MATTER comes before the Court on the motion of the parties for a continuance of the trial and the pretrial motions due date, docket no. 46. Having considered the facts set forth in the motion, the speedy trial waivers executed by defendants, the arguments of counsel at the hearing on March 15, 2018, and the records and files herein, the Court enters the following order:

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the

ORDER - 1

failure to grant a continuance in the proceeding would be likely to result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

2. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to effectively prepare for trial. All of these factors outweigh the best interests of the public and defendants in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

For the foregoing reasons, the stipulated motion to continue trial, docket no. 46, is GRANTED. The trial date shall be continued from April 9, 2018, to September 17, 2018. Pretrial motions are to be filed no later than July 16, 2018.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this Order until the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).IT IS SO ORDERED.

Dated this 15th day of March, 2018.

Thomas S. Zilly
United States District Judge

ORDER - 2