UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

CLYDE MCKNIGHT,

        Defendant.

CR18-16 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court DEFERS ruling on defendant Clyde McKnight's Motion Allowing Withdrawal and Substitution of Counsel, docket no. 61, and DIRECTS the government and John Henry Browne to file briefs not exceeding 5 pages addressing whether there is any conflict in counsel representing two defendants in this action. Briefs shall be filed within seven (7) days of the date of this Minute Order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of June, 2018.

                                William M. McCool
                                Clerk

                                s/Karen Dews
                                Deputy Clerk

MINUTE ORDER - 1