THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLYDE MCKNIGHT,<br><br>Defendant. | No. CR18-00016-1 TSZ<br><br>[~~PROPOSED~~] ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

THE COURT having reviewed the court file and the pleadings in this matter and being fully apprised of the circumstances

IT IS HEREBY ORDERED THAT Kristen V. Murray is permitted to withdraw as counsel for the defendant Clyde McKnight, and JOHN HENRY BROWNE, P.S. of the LAW OFFICES OF JOHN HENRY BROWNE, P.S. is substituted as counsel of record for defendant Clyde McKnight.

DATED this 26th day of June, 2018.

HONORABLE THOMAS S. ZILLY

ORDER ALLOWING WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1

LAW OFFICES OF JOHN HENRY BROWNE P.S.
801 SECOND AVENUE, SUITE 800
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

Presented by:

*s/ John Henry Browne*
JOHN HENRY BROWNE, WSBA #4677
Substituting Attorney for Clyde McKnight

ORDER ALLOWING WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 2

Law Offices of John Henry Browne P.S.
801 Second Avenue, Suite 800
Seattle, Washington 98104
(206) 388-0777 • Fax: (206) 388-0780