The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-016-TSZ |
| Plaintiff, | |
| v. | **PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY** |
| CLYDE MCKNIGHT, et al. | |
| Defendants. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Protective Order Restraining Certain Forfeitable Property, as follows:

1.      Approximately $39,600.64 in U.S. Currency, seized from Clyde McKnight in Portland, Oregon on or about January 4, 2018; and

2.      Approximately $1,656.00 in U.S. Currency, seized in Kent, Washington on or about November 21, 2017

(collectively, the "Subject Currencies").

The Court, having reviewed the papers and pleadings filed in this matter, hereby FINDS entry of a protective order restraining the Subject Currencies is appropriate because:

Protective Order Restraining Certain Forfeitable Property- 1
*United States v. McKnight, et al.,* CR18-016-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The United States gave notice of its intent to pursue forfeiture in the Indictment and gave further notice of its intent to forfeit the Subject Currencies in the Superseding Indictment. (Dkt. Nos. 4, 18.)

- Based on the facts set forth in Special Agent Kevin Palermo's affidavit, there is probable cause to believe that the Subject Currencies are subject to forfeiture in this case; and

- To ensure that the Subject Currencies remain available for forfeiture, their continued restraint, pursuant to 21 U.S.C. § 853(e)(1), is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the Subject Currencies pending the conclusion of this case is GRANTED; and

2. The Subject Currencies shall remain in the custody of the United States, to include its federal agencies and/or their authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

IT IS SO ORDERED.

DATED this 10th day of August, 2018.

_____
Thomas S. Zilly
United States District Judge

Presented by:

_s/Neal B. Christiansen_____
Neal B. Christiansen
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-4169
E-Mail: Neal.Christiansen2@usdoj.gov

Protective Order Restraining Certain Forfeitable Property- 2
*United States v. McKnight, et al.,* CR18-016-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970