1

2

3

4

5                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
6                                   AT SEATTLE

7   UNITED STATES OF AMERICA,

8                        Plaintiff,

9          v.                                              CR18-16 TSZ

10  CLYDE McKNIGHT, et al.                                 MINUTE ORDER

11                       Defendants.

12
            The following Minute Order is made by direction of the Court, the Honorable
13  Thomas S. Zilly, United States District Judge:

14         (1)     An in-court status conference is SET for 10:30 a.m. on Tuesday,
    September 11, 2018.  Counsel shall be prepared to address the following issues:  (i) the
15  status of defendant Patrick Tables's motions to suppress, docket nos. 91 and 94, and
    whether they should be stricken without prejudice; and (ii) defendants Clyde McKnight's
16  and Patrick Tables's motion to continue trial, docket no. 109.

17         (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
    record.

18         Dated this 4th day of September, 2018.

19

20                                              William M. McCool
                                                Clerk

21                                              s/Karen Dews
                                                Deputy Clerk
22

23

MINUTE ORDER - 1