THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR18-00016-TSZ |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |
| v. | |
| CLYDE MCKNIGHT, | |
| Defendant. | |

The court, having received and reviewed Defendant's Motion for Leave to File Overlength Brief, docket no. 128, and based on the other records and files in this matter, and good cause appearing,

IT IS HEREBY ORDERED that Defendant's Motion to for Leave to File Overlength Brief is GRANTED.

DATED this 7th day of December, 2018.

Thomas S. Zilly
United States District Judge

ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
800 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780