THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CLYDE MCKNIGHT,<br><br>　　　　　　Defendant. | No. CR18-00016-TSZ<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY |

The Court, having received and reviewed Defendant's Motion, docket no. 137, for Extension of Time to File Reply, and based on the other records and files in this matter, and good cause appearing,

IT IS HEREBY ORDERED that Defendant's Motion for Extension of Time to File Reply is GRANTED. Mr. McKnight has until Monday, December 17, 2018 to file his Reply.

DATED this 14th day of December, 2018.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER GRANTING MOTION FOR EXTENSION OF
TIME TO FILE REPLY - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
800 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780