THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>CLYDE MCKNIGHT<br>PATRICK TABLES,<br><br>                              Defendants. | No. CR18-00016 TSZ<br><br>ORDER GRANTING<br>JOINT MOTION FOR EXTENSION OF<br>TIME TO FILE REPLY IN SUPPORT OF<br>MOTION TO COMPEL |

Defendants' Joint Motion for Extension of Time to File Reply, docket no. 155, is GRANTED.  Mr. McKnight and Mr. Tables have until Tuesday, January 22, 2019, to file their Reply.

DATED this 18th day of January, 2019.

Thomas S. Zilly
United States District Judge

ORDER GRANTING JOINT MOTION FOR
EXTENSION OF TIME TO FILE REPLY IN
SUPPORT OF MOTION TO COMPEL- 1