The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-0016 TSZ |
|---|---|
| Plaintiff | ORDER GRANTING LEAVE TO FILE OVER-LENGTH BRIEF IN RESPONSE TO DEFENDANTS' JOINT MOTION TO COMPEL DISCOVERY (DKT NO. 149) |
| v. | |
| CLYDE MCKNIGHT<br>PATRICK TABLES, | |
| Defendants. | |

The Court, having reviewed the United States' Motion, docket no. 152, for Leave to File Over-Length Brief, enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED and GRANTS permission for United States to file its Response to Defendants' Joint Motion to Compel Discovery (Dkt No. 149) in excess of 12 pages, but no more than 20 pages.

DATED this 23rd day of January, 2019.

_____
Thomas S. Zilly
United States District Judge

Order for Leave to File Over-Length Brief
*United States v. McKnight, et al.*
CR18-0016 TSZ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970