The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> CLYDE MCKNIGHT, and <br> PATRICK TABLES, <br><br> Defendants. | NO. CR18-16 TSZ <br><br> **ORDER TO SEAL** |

Having read the Government's Motion to Seal, docket no. 164, and because of the sensitive information contained within the Cooperation Agreement of CS1;

It is hereby ORDERED that the Cooperation Agreement of CS1, docket no. 165, shall remain sealed.

DATED this 13th day of February, 2019.

_____
Thomas S. Zilly
United States District Judge

Order to Seal
*U.S. v. McKnight, et al.,* CR18-16 TSZ - 1

Presented by:

*S/ S. Kate Vaughan*
S. KATE VAUGHAN
Assistant United States Attorney

Order to Seal
*U.S. v. McKnight, et al.,* CR18-16 TSZ - 2