UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CLYDE MCKNIGHT, a/k/a "Pizza,"<br>and PATRICK TABLES, a/k/a "Break<br>Bread,"<br><br>　　　　　　　Defendants. | CR18-16 TSZ<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　The Court has received a pro se "supplemental request" from defendant Clyde McKnight. The Clerk is hereby DIRECTED to file McKnight's pro se submission.

　　　(2)　Counsel for McKnight is DIRECTED to remind McKnight that he is represented by counsel and may make arguments to the Court only through his attorney.

　　　(3)　The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

　　　Dated this 28th day of February, 2019.

　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1