UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CLYDE MCKNIGHT, a/k/a "Pizza,"<br>PATRICK TABLES, a/k/a "Break<br>Bread," and JONATHAN RUSHING,<br><br>    Defendants. | CR18-16 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) A status conference is SET for Thursday, April 11, 2019, at 10:00 a.m. At the hearing, the Court will consider defendant Clyde McKnight's pro se motion for reconsideration, docket no. 181. In addition, counsel shall be prepared to address the following issues: (i) whether the parties will be prepared to proceed to trial as currently scheduled or whether the trial should be continued; and (ii) whether the trial of defendant Jonathan Rushing should be bifurcated from the trial of defendants Clyde McKnight and Patrick Tables. With regard to the issue of bifurcation, counsel shall file briefs, not to exceed ten (10) pages in length, by April 5, 2019.

(2) The deadline for defendant Jonathan Rushing to file any motions is EXPEDITED from April 11, 2019, to April 5, 2019. The Government's response to such motions shall be filed by April 10, 2019.

MINUTE ORDER - 1

(3)     The Clerk is DIRECTED to unseal docket no. 181 and to send a copy of this Minute Order to all counsel of record and to defendant Clyde McKnight.

Dated this 22nd day of March, 2019.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk