UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLYDE MCKNIGHT,

    Defendant.

CR18-16 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant McKnight's Ex Parte Sealed motion, docket no. 191, is DENIED. The Clerk is DIRECTED to unseal docket no. 191.

(2) Defendant McKnight's Pro Se Ex Parte Sealed Motion, docket no. 192, is ORDERED filed and shall remain Under Seal. The Clerk is DIRECTED to send a copy of the sealed motion, docket no. 192, to John Henry Browne, counsel for defendant Clyde McKnight. Any response to the motion shall be filed Under Seal no later than noon on Monday, April 8, 2019, and shall not exceed 5 pages.

(3) All pending motions will be considered at the hearing set for April 11, 2019.

(4) The Clerk is DIRECTED to send a copy of this Minute Order to all counsel of record and to defendant Clyde McKnight.

Dated this 26th day of March, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1