UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLYDE MCKNIGHT, a/k/a "Pizza,"

    Defendant.

CR18-16 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Clyde McKnight's pro se motion, docket no. 181, is DENIED in part with respect to the request for reconsideration of the Order entered March 1, 2019, docket no. 173, denying his motion to suppress, and DEFERRED in part with respect to the request for reconsideration of the denial of his counsel's motion to withdraw, docket no. 175.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant Clyde McKnight.

Dated this 9th day of April, 2019.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 1