UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLYDE MCKNIGHT, and<br>JONATHAN RUSHING,<br><br>Defendants. | CR18-16 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Jonathan Rushing's motion to continue trial and extend the motions filing deadline, docket no. 201, is GRANTED in part and DEFERRED in part. Trial with respect to the charges against Rushing will be continued. The new trial date and deadline for motions will be set at the hearing scheduled for April 11, 2019, at 10:00 a.m.

(2) With regard to defendant Clyde McKnight's motion for reconsideration, docket no. 181, as to his counsel's motion to withdraw, and his related filings, docket nos. 192 and 196, the Government and McKnight's current attorney shall be prepared to address at the hearing scheduled for April 11, 2019, the following issues: (i) what standard applies to the discharge of retained counsel, *see United States v. Brown*, 785 F.3d 1337 (9th Cir. 2015); *United States v. Rivera-Corona*, 618 F.3d 976 (9th Cir. 2010); *see also United States v. Daniel*, 676 Fed. App's 675 (9th Cir. 2017); and (ii) whether, if McKnight does not wish to or cannot retain another lawyer, he satisfies the criteria for the appointment of counsel, *see* 18 U.S.C. § 3006A(c).

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of April, 2019.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2