UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CLYDE MCKNIGHT,

        Defendant.

CR18-16 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion for access to sealed materials, docket no. 216, is GRANTED as follows. The Clerk is DIRECTED to electronically send to defendant's new counsel, Michael Nance, unredacted copies of the following documents:

- Motion to Withdraw and Declaration of John Henry Browne, docket nos. 175 and 175-1;
- Pro Se Motion, docket no. 192; and
- Motion for Clarification, docket no. 196.

These materials shall remain under seal. Defendant's motion references the minutes of a hearing before the Honorable Mary Alice Theiler on March 8, 2019, docket no. 178, but no document is associated with this docket entry, and the minutes are available for public view. The Clerk is DIRECTED to make available to Mr. Nance the digital recording of such hearing, which shall otherwise remain under seal.

(2) The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of May, 2019.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1