UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CLYDE McKNIGHT,<br><br>  Defendant. | CR18-16 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Clyde McKnight's motion to convene an ex parte status conference, docket no. 242, is GRANTED as follows. A status conference is SCHEDULED for Thursday, August 1, 2019, at 1:30 p.m. Counsel for the Government, as well as McKnight and his attorney, shall be present for the status conference. If appropriate, McKnight and/or his lawyer will be permitted to engage in ex parte communications with the Court. Co-defendant Jonathan Rushing need not attend, and the Court will not arrange for Rushing's transportation to the courthouse. Rushing's counsel may, but is not required, to participate.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of July, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1