UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLYDE McKNIGHT,

    Defendant.

CR18-16 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Apparently unbeknownst to his attorney, defendant Clyde McKnight has mailed yet another letter to the Court in an effort to engage in ex parte communications. The Court has **not** read the letter, and the Clerk is DIRECTED to forward the document to Mr. McKnight's attorney, Michael Nance.

(2) The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record. Mr. Nance is DIRECTED to provide a copy of this Minute Order to Mr. McKnight, and to explain to Mr. McKnight that the Court does not conduct business by letter, and that, because Mr. McKnight is represented by counsel, Mr. McKnight may not correspond directly with the Court, but must instead present his requests via motion through his lawyer, with proper service on the Government.

Dated this 15th day of August, 2019.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1