# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLYDE McKNIGHT, et al.

    Defendants.

CR18-16 TSZ

ORDER

The Court having orally granted the motion to withdraw, docket no. 256, and Michael Nance having been permitted to withdraw as counsel of record for defendant Clyde McKnight, the Criminal Justice Act ("CJA") Administrator is DIRECTED to appoint substitute counsel to represent defendant Clyde McKnight.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record and to the CJA Administrator.

IT IS SO ORDERED.

Dated this 6th day of September, 2019.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER - 1