UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR 18-016 TSZ |
| Plaintiff | **ORDER PERMITTING EX PARTE MOTION APPOINTING CO-COUNSEL TO BE FILED UNDER SEAL** |
| vs. | |
| CLYDE McKNIGHT, | |
| Defendant. | |

This matter having come before the Court on Defendant's Ex Parte Motion, docket

no. 318, for Appointment of Co-Counsel to be filed under seal and good cause appearing thereof,

NOW THEREFORE the motion to seal, docket no. 317, is GRANTED.

Dated this 11th day of October, 2019.

_Thomas S Zilly_
_____
Thomas S. Zilly
United States District Judge

Presented by:

/s/Gilbert Levy
_____
Gilbert Levy, WSBA #4805
Attorney for Defendant

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Suite 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818