UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLYDE McKNIGHT,

    Defendant.

CR18-16 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Government's motion, docket no. 374, to dismiss Counts 2 and 31 of the Third Superseding Indictment, docket no. 290, is GRANTED, and such counts are DISMISSED without prejudice. *See* Fed. R. Crim. P. 48(a). The Court makes no ruling concerning the relevance or admissibility of evidence relating to the alleged hand-to-hand transaction purportedly occurring on September 20, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of November, 2019.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1