UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLYDE McKNIGHT,

    Defendant.

CR18-16 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion to seal, docket no. 377, is GRANTED, and the materials filed by defendant on November 21, 2019, docket no. 378, shall remain under seal.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of November, 2019.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1