UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.                                    CR18-16 TSZ

CLYDE McKNIGHT,                               MINUTE ORDER

                    Defendant.

        The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

        (1)     Defendant Clyde McKnight's motion to continue trial, docket no. 384, is
RENOTED to January 17, 2020.  On or before January 3, 2020, defendant shall file a
supplemental brief indicating what trial date and related deadlines he wishes the Court to
set.  The Government's response shall be filed by January 13, 2020.  Any reply shall be
filed by the new noting date.

        (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

        Dated this 20th day of December, 2019.


                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1