UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

CLYDE MCKNIGHT,

Defendant.

CR18-16 TSZ

ORDER

THIS MATTER comes before the Court on defendant Clyde McKnight's motion to continue trial and the pretrial motions filing deadline, docket no. 384. Having considered all papers filed in support of, and in opposition to, the motion, as well as the oral arguments of counsel, the Court enters the following order:

1. A failure to grant a short continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure to grant a short continuance in the proceeding would be likely to result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

2. The ends of justice will be served by ordering a short continuance in this case to ensure adequate time for the defense to effectively prepare for trial. All of these

ORDER - 1

factors outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

For the foregoing reasons, defendant's motion to continue trial, docket no. 384, is GRANTED in part and DENIED in part. The trial date shall be continued from March 2, 2020, to April 27, 2020. Pretrial motions shall be filed no later than March 23, 2020.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this Order until the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Dated this 24th day of January, 2020.

/s/ Thomas S. Zilly
Thomas S. Zilly
United States District Judge