UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>CLYDE McKNIGHT,<br><br>                    Defendant. | CR18-16 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the motion for leave to withdraw, docket no. 404, filed by defendant's attorney, Gilbert H. Levy, the Court DIRECTS as follows:

    (a) On or before noon on February 5, 2020, Mr. Levy shall file a declaration **under seal** setting forth **in detail** the reasons for seeking leave to withdraw; such declaration shall specify whether the motion for leave to withdraw is being made at defendant's direction or otherwise, and shall indicate whether Emily Beschen is also seeking leave to withdraw as counsel of record; such declaration shall be served on defendant and proof of service of such declaration and the motion for leave to withdraw shall be filed by 8:00 a.m. on February 6, 2020;

    (b) A hearing is tentatively SET for Thursday, February 6, 2020, at 1:30 p.m. The Court will either strike or confirm the hearing date and time after reviewing Mr. Levy's declaration.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of January, 2020.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1