UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

CLYDE McKNIGHT,

          Defendant.

CR18-16 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court has received a pro se "discovery demand" from defendant Clyde McKnight. Defendant has indicated under oath that he sent copies of this document to his lawyer Gilbert Levy and Assistant United States Attorney Kate Vaughan. The Clerk is DIRECTED to file defendant's pro se submission UNDER SEAL.

(2) Defendant is reminded that, because he has legal representation, he may make arguments to the Court and request discovery from opposing counsel **only through his attorney**.

(3) The Court will address defendant's counsel's motion to withdraw, docket no. 404, at the hearing scheduled for February 6, 2020, at 1:30 p.m.

(4) The Government shall be prepared to address at the hearing the status of discovery in this matter and whether the materials listed in defendant's "discovery demand" that are within the Government's possession or control have been provided to the defense.

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of February, 2020.

          William M. McCool
          Clerk

          s/Karen Dews
          Deputy Clerk

MINUTE ORDER - 1