UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

CLYDE MCKNIGHT,

        Defendant.

CR18-16 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion to seal, docket no. 407, is DENIED. Defendant's counsel's declaration, docket no. 408, shall be unsealed.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of February, 2020.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1