UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLYDE McKNIGHT,

    Defendant.

CR18-16 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The Court has received from defendant a hand-written declaration that is critical of his attorney Gilbert Levy. Defendant has indicated that he sent a copy of the declaration to "the U.S Attorney in this case," but apparently not to his lawyer. The Clerk is DIRECTED to docket the declaration **UNDER SEAL**, and to send a copy (with a CM/ECF header) to Mr. Levy.

(2)    The declaration appears to have been mailed to the Court on February 4, 2020, **before** the hearing held on February 6, 2020, concerning defendant's motion for his attorney to withdraw. *See* Minutes (docket no. 412). As a result of the ex parte colloquy conducted with defendant at the hearing, the Court is satisfied that defendant does not actually seek to have Mr. Levy withdraw as counsel and that he does not wish to proceed to trial without a lawyer. Thus, the Court will take no further action with respect to the recently received declaration.

(3)    During the hearing and in the declaration described herein, defendant expressed frustration that, with respect to certain materials filed under seal, he has not been provided copies containing CM/ECF headers, and he cannot confirm that they were actually submitted to the Court. The Court takes this opportunity to explain to defendant that, when documents are filed under seal, members of the public may not view them, and attorneys are unable to print them with CM/ECF headers. To promote trust between

MINUTE ORDER - 1

defendant and his attorneys, the Court hereby DIRECTS the Clerk to provide to Mr. Levy, upon his request, a printed version containing a CM/ECF header of any item filed under seal by either Mr. Levy or Emily Beschen, so that Mr. Levy can show defendant "proof" of the filing. This Minute Order does NOT permit defendant to have access to materials filed under seal by the United States Attorney's Office on behalf of the Government, by Probation and Pretrial Services, or by the Court.

(4) Defendant is cautioned yet again about attempts to communicate with the Court in any manner other than through his appointed attorneys. In making disclosures concerning his discussions with counsel, whether to the Court or to the Government, defendant risks waiving his attorney-client privilege. In the absence of a pending motion brought by Mr. Levy or Ms. Beschen, the Court will not review or consider any further materials submitted by defendant pro se, but will instead direct that they be forwarded to Mr. Levy and not made part of the record.

(5) The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record. Mr. Levy is DIRECTED to provide a copy of this Minute Order to defendant and to explain to him the ramifications of a waiver of attorney-client privilege.

Dated this 11th day of February, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2