UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>CLYDE McKNIGHT,<br><br>    Defendant. | CR18-16 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On November 21, 2009, defendant, through his attorneys Gilbert H. Levy and Emily C. Beschen, filed an ex parte motion for issuance of two subpoenas duces tecum, docket no. 378. The motion was granted in part and the Clerk was directed to issue subpoenas duces tecum in the forms prepared by the Court, which differed from the versions proposed by defendant. <u>See</u> Minute Order (docket no. 381). The United States Marshal Service was directed to serve the subpoenas at public expense, but without tendering witness fees, as follows: one on the records custodian for AT&T Wireless (Florida), and the other on the records custodian for T-Mobile (New Jersey). <u>Id.</u> The Court would not ordinarily disclose this information, but defense counsel mentioned the status of these discovery efforts in seeking a continuance of the trial date, <u>see</u> Def.'s Reply at 3 (docket no. 394), and because the Government already knows about the subpoenas, defendant will not be prejudiced by this recitation of procedural facts.

On December 6, 2019, the subpoena directed to AT&T Wireless was served, and on December 30, 2019, the Clerk's Office received responsive materials in the form of a USB drive containing seven files, a printed list of those files, a copy of the subpoena, a response cover sheet, and a certificate of authenticity. On January 7, 2020, the original envelope, the four pages contained therein, and the USB drive were left in the Clerk's Office's "Will Call" box for Mr. Levy to retrieve. In his reply brief supporting the earlier request for a continuance, Mr. Levy described the results of defendant's expert's analysis of the data provided by AT&T Wireless. <u>See</u> Def.'s Reply at 3 & n.1 (docket no. 394).

MINUTE ORDER - 1

Meanwhile, having been advised telephonically by Mr. Levy that the United States Marshal Service had not yet served the subpoena directed to T-Mobile, the Court directed the Clerk of the Court to issue a new subpoena duces tecum with a response date of "January 21, 2020, or as soon as possible thereafter," and the Marshal Service effected service on T-Mobile of the new subpoena duces tecum on January 21, 2020.

On February 11, 2020, the Clerk's Office received responsive materials in the form of a printed copy of the subpoena duces tecum (dated-stamped by the Clerk upon receipt) and a compact disc containing six files, five of which are in portable document format ("PDF"). The sixth electronic file is a Microsoft Excel spreadsheet. Two of the PDFs are electronic copies of the subpoena. The other three PDFs and the spreadsheet together comprise T-Mobile's response to the subpoena. On February 13, 2020, the two original envelopes, the date-stamped copy of the subpoena, and the compact disc were left in the Clerk's Office's "Will Call" box for Mr. Levy to retrieve. The Clerk is hereby DIRECTED to file hardcopies of the date-stamped subpoena and the responsive materials **under seal**.

(2) The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of February, 2020.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk