HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLYDE McKNIGHT,<br><br>　　　　Defendant. | Cause No. CR 18-016 TSZ<br><br>**ORDER DIRECTING CLERK TO PROVIDE DEFENSE COUNSEL WTH A CERTIFIED COPY OF SEALED DOCUMENT (228)** |

Defendant's unopposed motion, docket no. 423, is GRANTED, and

IT IS ORDERED that the Clerk shall provide Defense Counsel Gilbert H. Levy with a certified copy of sealed document 228.

DATED THIS 6th day of March, 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　United States District Judge

Presented by:


/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant


ORDER DIRECTING CLERK TO
PROVIDE DEFENSE COUNSEL WITH
CERTIFIED COPY OF SEALED
DOCUMENT (228) - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818