# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLYDE McKNIGHT,

    Defendant.

CR18-16 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion to seal, docket no. 430, is GRANTED, and the declaration filed ex parte, docket no. 431, shall remain under seal.

(2) Defendant's motion, docket no. 429, to permit Gilbert H. Levy to withdraw as counsel of record, is DENIED. Defendant has not made the requisite showing of an irreconcilable conflict between him and his attorney. *See United States v. Carter*, 560 F.3d 1107, 1113 (9th Cir. 2009); *see also United States v. White*, 732 Fed. App'x 597, 598 (9th Cir. 2018). Defendant has already had three substitutions of counsel, and the pending motion is the second time he has sought to replace Mr. Levy. Defendant's unsubstantiated accusations do not establish a "significant breakdown in communication" substantially interfering with the attorney-client relationship and warranting another change in lawyers.

(3) Defendant's motion, docket no. 435, for a "Level Two access" hearing, *see* General Order 03-20, concerning his motion to allow Mr. Levy to withdraw as counsel, is STRICKEN as moot, and his concurrently stated motion for a stay of the pretrial motions filing deadline is GRANTED as follows. The deadline for filing pretrial motions is STRICKEN pending further order of the Court.

MINUTE ORDER - 1

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of March, 2020.

                                            William M. McCool  
                                            Clerk

                                            s/Karen Dews  
                                            Deputy Clerk