1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

UNITED STATES OF AMERICA,

9

Plaintiff,

10

v.

CR18-16 TSZ

MINUTE ORDER

11

CLYDE McKNIGHT,

12

Defendant.

13

14

The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

15

(1)     Defendant Clyde McKnight's motion to seal, docket no. 456, is GRANTED
as follows:

16

17

(a)     The unredacted versions of defendant's motion to compel discovery,
docket no. 457, the exhibits filed in support, docket no. 457-1, and defendant's
proposed order, docket no. 457-2, shall remain under seal;

18

19

20

(b)     On or before noon on April 29, 2020, defendant shall file an
appropriately redacted version of his motion to compel discovery, along with
proof that he has properly served both the unredacted and redacted versions of his
motion, the exhibits filed in support, and his proposed order on counsel for the
Government; with respect to sealed materials, service via CM/ECF is insufficient;

21

22

(c)     Defendant's motion to compel discovery, docket no. 457, shall
remain noted for May 8, 2020, but counsel shall be prepared to discuss the issues
raised in the motion at the hearing scheduled for April 30, 2020, at 9:45 a.m.

23

MINUTE ORDER - 1

(2)      On or before 3:00 p.m. on April 29, 2020, defendant shall either file a waiver of in-person appearance and consent to proceed by video/telephonic conference with respect to the hearing set for April 30, 2020, or indicate through declaration of counsel that he will provide such consent on the record at the outset of the hearing.  *See* General Orders 03-20, 04-20, & 07-20.  If no waiver or declaration is timely filed, the hearing might be stricken.  Any such waiver or declaration shall indicate that defendant has agreed that, notwithstanding the pending motion to proceed pro se, current counsel of record may sign and/or make representations to the Court on his behalf concerning his consent to conduct the hearing on April 30, 2020, via video/telephonic conference.

(3)      The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of April, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2