UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR18-16 TSZ |
| v. | ORDER |
| CLYDE McKNIGHT, | |
| Defendant. | |

THIS MATTER comes before the Court on defendant's motion, docket no. 501, to continue trial and extend the deadline for filing motions.  Having considered the motion, the supporting declaration of defense counsel, docket no. 502, and the Government's response, docket no. 503, the Court ORDERS as follows:

(1) Defendant's motion, docket no. 501, is GRANTED;

(2) The trial date of August 3, 2020, is CONTINUED to September 14, 2020;

(3) The period of time between August 3, 2020, and September 14, 2020, is excluded under the Speedy Trial Act on grounds that the failure to continue the trial date would likely make the proceeding impossible, result in a miscarriage of justice, and/or deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; see 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), & (B)(iv);

ORDER - 1

(4) The motions filing deadline of June 29, 2020, is EXTENDED to July 27, 2020; any motions shall be noted for the third Friday after filing; responses shall be filed on August 10, 2020, and replies shall be due on the noting date; although the trial date might need to be further adjusted as a result of Coronavirus Disease 2019, the Court does not anticipate providing any additional extensions of the motions filing deadline;

(5) With regard to the number of the cellular phone belonging to Confidential Source 1 ("CS-1"), within seven (7) days of the date of this Order, the Government shall file a declaration indicating whether it knows CS-1's number and, if so, showing cause why CS-1's number should not be provided to defense counsel on condition that such information is for his eyes only and not to be disclosed to defendant;

(6) Within seven (7) days of the date of this Order, defense counsel shall file a declaration setting forth with particularity any "unresolved discovery issues and outstanding discovery requests" and describing the efforts made to "meet and confer" with counsel for the Government; if any such discovery matters involve third parties, defense counsel may file his declaration under seal and provide a redacted version to the Government; and

(7) The Clerk is directed to send a copy of this Order to all counsel of record.

Dated this 24th day of June, 2020.

Thomas S. Zilly
United States District Judge

ORDER - 2