UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CLYDE McKNIGHT,<br><br>    Defendant. | CR18-16 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Defendant's unopposed motion to seal, docket no. 521, is GRANTED, and Exhibits 1, 3, 5, 6, 7, 8, 9, 10, 12, 13, and 14, docket no. 522-1, in support of defendant's motion to reopen *Franks* hearing, shall remain under seal, provided that defense counsel shall, if they have not already done so, serve copies of the exhibits on the Government, and provided further that defendant's two-page list of exhibits, docket no. 522, shall be unsealed.

(2)   Defendant's motion for leave to file an overlength brief, docket no. 523, is GRANTED, and defendant's motion to reopen *Franks* hearing shall not exceed fifteen (15) pages in length.

(3)   Defendant's unopposed motion to seal, docket no. 525, is GRANTED, and Exhibits 2 and 4, docket no. 526-1, in support of defendant's motion to dismiss, shall remain under seal, provided that defense counsel shall, if they have not already done so, serve copies of the exhibits on the Government, and provided further that defendant's two-page list of exhibits, docket no. 526, shall be unsealed.

MINUTE ORDER - 1

(4) Defendant's motion for reconsideration, docket no. 528, is DENIED in part and STRICKEN in part, as follows. To the extent that defendant asks the Court to vacate the portion of the Minute Order entered July 21, 2020, docket no. 516, requiring the Government to file declarations from Seattle Police Detectives Simon Edison, Stephen Kanpp, and Aaron McAuley on or before August 14, 2020, defendant's motion for reconsideration is DENIED. Paragraph 1 of the Minute Order entered July 21, 2020, docket no. 516, remains in full force and effect. To the extent defendant demands that these detectives be summoned to testify, such request is duplicative of defendant's motion to reopen *Franks* hearing, and is STRICKEN without prejudice.

(5) Defendant's motion for extension, docket no. 553, is GRANTED, and the reply submitted on August 10, 2020, docket no. 554, in support of defendant's motion to suppress, docket no. 529, will be considered timely filed.

(6) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of August, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2