UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>CLYDE McKNIGHT,<br><br>               Defendant. | CR18-16 TSZ<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    A Level Three access hearing, as defined in General Order 03-20, is SET for Wednesday, September 9, 2020, at 10:00 a.m.  The parties shall be prepared to address defendant's motion to substitute counsel or proceed pro se, docket no. 510, as well as the issues raised in the trial briefs and any motions in limine.

      (2)    On or before September 4, 2020, defendant's attorney shall file a status report indicating whether defendant consents to proceed remotely and, if so, shall submit a signed waiver in a form to be provided by the Court.

      (3)    Regardless of the trial date in this matter, and notwithstanding CrR 23.3(b), the Government's witness and exhibit lists, trial brief, and proposed jury instructions shall be filed by August 31, 2020.  Defendant's witness and exhibit lists, trial brief, and proposed jury instructions shall be filed by September 4, 2020.  Motions in limine and proposed voir dire shall be filed by September 4, 2020.

      (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 28th day of August 2020.

                                                    William M. McCool
                                                  Clerk

                                                    s/Karen Dews
                                                  Deputy Clerk

MINUTE ORDER - 1