UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CLYDE McKNIGHT, <br><br> Defendant. | CR18-16 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant having advised his attorney that he does not wish to waive his presence for the Level Three access hearing scheduled for Wednesday, September 9, 2020, at 10:00 a.m., and does not consent to proceed remotely via WebEx, *see* Status Memorandum (docket no. 588), the Level Three access hearing is STRICKEN.

(2) The trial date of September 14, 2020, is STRICKEN, and will be reset after the Court rules on defendant's pending motion to substitute counsel or proceed pro se, docket no. 510. Defendant's witness and exhibit lists, trial brief, and proposed jury instructions remain due on September 4, 2020. Motions in limine and proposed voir dire remain due on September 4, 2020.

(3) The Court will conduct a telephonic status conference with counsel on September 9, 2020, at 10:00 a.m. Counsel will receive dialing instructions via email.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of September, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1