UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>CLYDE McKNIGHT,<br><br>             Defendant. | CR18-16 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The deferred portion of defendant's motions in limine, docket no. 600, is GRANTED. The Government shall disclose Jencks Act and *Giglio* materials at least two weeks prior to trial, and it shall comply with its continuing obligation to provide *Brady* materials.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of September, 2020.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1