UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>CLYDE McKNIGHT,<br><br>            Defendant. | CR18-16 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     A hybrid Level One / Level Two access hearing, as those terms are defined in General Order 03-20, is SCHEDULED for Thursday, October 15, 2020, at 10:00 a.m. The Judge, courtroom deputy clerk, defendant, at least one defense attorney, and the United States Marshals shall be in the same courtroom for the hearing. The other defense counsel may also be physically present in the courtroom or may appear remotely. All other attorneys and court staff, including the court reporter, shall participate via the ZoomGov.com video conferencing platform; the information necessary for connecting to the ZoomGov.com session will be provided via email. The public may listen (audio only) to the proceedings by following the dialing instructions on the Court's remote hearings webpage. At the hearing, counsel shall be prepared to address:  (i) the pending motion to substitute counsel or proceed pro se, docket no. 510; (ii) the status of the case and whether this matter can be ready for trial to commence during the week of November 2, 2020; and (iii) whether the parties will consent to a remote method of conducting jury selection.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of October, 2020.

William M. McCool<br>
Clerk<br><br>
s/Karen Dews<br>
Deputy Clerk

MINUTE ORDER - 1