UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

              Plaintiff,

  v.

CLYDE McKNIGHT,

              Defendant.

CR18-16 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The hybrid Level One / Level Two access hearing, as those terms are defined in General Order 03-20, currently scheduled for Thursday, October 15, 2020, at 10:00 a.m., is CONTINUED to Friday, October 23, 2020, at 10:30 a.m. The Judge, the courtroom deputy clerk, at least one Assistant United States Attorney, Gilbert Levy, Michael Austin Stewart, defendant, and the United States Marshals shall be in the same courtroom for the hearing. Other lawyers may also be physically present in the courtroom or they may appear remotely. The court reporter and other court staff shall participate via the ZoomGov.com video conferencing platform. The public may listen (audio only) to the proceedings by following the dialing instructions on the Court's remote hearings webpage.

    (2)    On or before October 20, 2020, the parties shall file supplemental briefs, not to exceed eight (8) pages in length, concerning whether defendant is entitled to substitute retained counsel for appointed counsel in this matter. At the hearing, the parties shall be prepared to address: (i) the pending motion to substitute counsel or proceed pro se, docket no. 510, and the related notice of conditional appearance filed by Mr. Stewart, docket no. 613; (ii) the status of the case, whether this matter can be ready for trial to commence during the week of November 9, 2020, and, if not, when the parties will be prepared for trial; and (iii) whether the parties will consent to a remote method of conducting jury selection, likely to involve a hybrid proceeding in which the parties are in the courtroom and the potential jurors are questioned via video conference.

MINUTE ORDER - 1

      (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Michael Austin Stewart at 1105 Tacoma Ave S, Tacoma, WA 98402 and via email to StewartLawTacoma@gmail.com.

      Dated this 14th day of October, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2