UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>CLYDE McKNIGHT,<br><br>                Defendant. | CR18-16 TSZ<br><br>ORDER |

THIS MATTER comes before the Court on defendant's motion, docket no. 510, to substitute counsel or proceed pro se, as amended by the notice of conditional appearance filed by attorney Michael Austin Stewart on October 12, 2020, docket no. 613. Having considered the motion, the supplemental briefs filed by current counsel Gilbert Levy and prospective counsel for defendant, docket nos. 615 and 616, the memorandum filed by the Government, docket no. 617, and the oral arguments and representations made during the hearing held on October 23, 2020, the Court ORDERS as follows:

(1) Defendant's motion, docket no. 510, is GRANTED as follows. Gilbert Levy and Emily Beschen are GRANTED leave to withdraw as counsel of record for defendant, effective immediately. Michael Austin Stewart is substituted as counsel of record for defendant. The Clerk shall update the docket accordingly.

ORDER - 1

  (2) Trial is SET for Tuesday, February 16, 2021, to commence at 9:00 a.m.

  (3) The period of time until February 16, 2021, is excluded under the Speedy Trial Act on grounds that the failure to continue the trial date would likely make the proceeding impossible, result in a miscarriage of justice, and/or deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; *see* 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), & (B)(iv).

  (4) No motions to reopen the *Franks* hearing and/or to reconsider the Court's prior rulings in this matter may be made by defendant. Absent currently unforeseeable circumstances, the Court will not permit any further continuance of the trial date. Any dissatisfaction that defendant might have in the future with his new attorney, any workload or similar impediments to Mr. Stewart's ability to meet the deadlines in this case, and any disputes concerning Mr. Stewart's compensation shall not constitute grounds for continuing trial. Any new motions shall be filed by January 4, 2021, and noted for January 15, 2021.

  IT IS SO ORDERED.

  The Clerk is directed to send a copy of this Order to all counsel of record.

  Dated this 23rd day of October, 2020.

           Thomas S. Zilly
           United States District Judge

ORDER - 2