THE HONORABLE THOMAS S. ZILLY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CLYDE McKNIGHT,<br><br>                Defendant. | NO. 2:18-cr-00016-TSZ<br><br>MOTION FOR EXTENSION OF TIME RE: MOTION DEADLINE<br><br>Note on Motion Calendar: 01/22/2021<br>without oral argument |

TO: CLERK OF THE ABOVE-ENTITLED COURT; and
TO: US ATTORNEY'S OFFICE.

COMES NOW the Defendant, by and through attorney of record, MICHAEL AUSTIN STEWART, and moves this Honorable Court for a continuance of the motion deadline currently scheduled for January 19, 2021 the following reasons:

Defense Counsel respectfully requests that the Motion Deadline of January 19, 2021 be extended to **February 22, 2021**.

The Defendant contracted COVID and was severely affected by his illness. Mr. McKnight is still recovering and informs Defense Counsel that he is suffering ongoing and persistent symptoms of confusion. Mr. McKnight requests extension of the motions deadline to allow an opportunity for COVID symptoms to subside and be able to assist his Defense Counsel with this case.

MOTION FOR EXTENSION OF TIME
RE: MOTION DEADLINE AND TRIAL
Page 1 of 2

MICHAEL AUSTIN STEWART
Attorney at Law, PLLC
1105 Tacoma Avenue South
Tacoma, Washington 98402
Telephone: (253) 383-5346
Fax: (253) 572-9010
StewartLawTacoma@gmail.com

DATED this 11th day of January, 2021

_____
MICHAEL AUSTIN STEWART
Attorney for Defendant, WSBA # 23981

MOTION FOR EXTENSION OF TIME
RE: MOTION DEADLINE AND TRIAL
Page 2 of 2

MICHAEL AUSTIN STEWART
Attorney at Law, PLLC
1105 Tacoma Avenue South
Tacoma, Washington 98402
Telephone: (253) 383-5346
Fax: (253) 572-9010
StewartLawTacoma@gmail.com