UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CLYDE McKNIGHT,<br><br>　　　　　Defendant. | CR18-16 TSZ<br><br>ORDER |

THIS MATTER comes before the Court on defendant's motions, docket nos. 635 and 636, respectively, to extend the deadline for filing motions and to continue trial. Having considered the motions, and the Government's consolidated response, docket no. 637, the Court ORDERS as follows:

(1) Defendant's motion, docket no. 635, to extend the deadline for filing motions, is GRANTED as follows. The deadline for filing motions is EXTENDED to February 16, 2021. Any motion shall be noted and briefed in accordance with Local Criminal Rule 12(b).

(2) Defendant's motion, docket no. 636, to continue trial, is GRANTED, and the trial date of February 16, 2021, is CONTINUED to April 12, 2021.

ORDER - 1

(3)     The period of time between February 16, 2021, and April 12, 2021, is excluded under the Speedy Trial Act on grounds that the failure to continue the trial date would likely make the proceeding impossible, result in a miscarriage of justice, and/or deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), & (B)(iv).

(4)     The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 19th day of January, 2021.

　　　　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 2