UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CLYDE McKNIGHT,<br><br>    Defendant. | CR18-16 TSZ<br><br>ORDER |

The present conditions relating to Coronavirus Disease 2019 do not permit this matter to be tried to a jury in the courthouse on the currently scheduled date. The Court therefore ORDERS as follows:

(1) The trial date of April 12, 2021, is CONTINUED to May 17, 2021. This case will be the first criminal trial conducted after the courthouse re-opens, and it will commence on May 17, 2021.

(2) The period of time between April 12, 2021, and May 17, 2021, is excluded under the Speedy Trial Act based on the Court's finding that the ends of justice served by the continuance of trial outweigh the best interest of the public and defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

ORDER - 1

1	(3)	The Clerk is directed to send a copy of this Order to all counsel of record.

2	IT IS SO ORDERED.

3	Dated this 5th day of March, 2021.

					Thomas S. Zilly
					United States District Judge

ORDER - 2