UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CLYDE McKNIGHT,<br><br>        Defendant. | CR18-16 TSZ<br><br>MINUTE ORDER |

       The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

       (1)    Notwithstanding any provision of the Local Criminal Rules to the contrary, the Court SETS the following deadlines:

           (a)    <u>Witness and Exhibit Lists</u>:  If the Government intends to amend its witness list, docket no. 584, or its exhibit list, docket no. 585, it shall file a revised list or lists by April 23, 2021.  If defendant intends to amend his witness list, as previously supplemented, docket nos. 592 and 608, or his exhibit list, docket no. 601, he shall file a revised list or lists by April 27, 2021.

           (b)    <u>Motions in Limine</u>:  Any additional motions in limine shall be filed by April 29, 2021, and noted for May 7, 2021.  Any response shall be filed by the noting date.  No reply shall be filed unless requested by the Court.

           (c)    <u>Trial Briefs</u>:  Any trial briefs supplemental to the Government's trial brief, docket no. 586, and/or defendant's trial brief, docket no. 597, shall be filed by May 3, 2021.

           (d)    <u>Voir Dire and Jury Instructions</u>:  The Court will provide draft sets of voir dire questions and jury instructions to counsel within the next few weeks, along with a deadline for filing any objections.

MINUTE ORDER - 1

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of April, 2021.

William M. McCool  
Clerk

s/Gail Glass  
Deputy Clerk

MINUTE ORDER - 2