The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLYDE McKNIGHT,<br><br>Defendant. | NO. CR18-16 TSZ<br><br>UNITED STATES' AMENDED WITNESS LIST |

The United States reserves the right to call the following witnesses in its case-in-chief at the trial of this matter.

1. Kevin Palermo, Drug Enforcement Administration (DEA)
2. Cheryl Kiefer, Seattle Police Department (SPD)
3. Paul Shipley, Internal Revenue Service
4. James Petit, Washington State Department of Revenue
5. Mark Hazard (SPD)
6. Brandon James (SPD)
7. Geoffrey Provenzale (DEA)
8. Blake Spaulding (SPD)
9. Clint Harris (SPD)

U.S. Amended Witness List - 1
*U.S. v. McKnight* CR18-016TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

10. Sergio Solis (DEA)
11. Marcy Plaza (FBI)
12. Wes Collier (SPD)
13. Terry Bailey (SPD)
14. Troy Swanson (SPD)
15. Matt Bruch (DEA)

This amended witness list is premised on a pending motion to dismiss certain counts being granted, and also based on defendant's agreement to stipulate to certain facts regarding the anticipated firearm and drug exhibits.

The United States reserves the right to supplement this list should one or both of those things not come to pass, and also reserves the right to call other witnesses at trial to address issues and defenses raised by the defendant.

Dated this 23rd day of April, 2021.

TESSA M. GORMAN
Acting United States Attorney

By: *Vincent T. Lombardi*
VINCENT T. LOMBARDI
CASEY S. CONZATTI
Assistant United States Attorneys

U.S. Amended Witness List - 2
*U.S. v. McKnight* CR18-016TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970