UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff,

　　v.

CLYDE McKNIGHT,

　　　　　　　Defendant.

CR18-16 TSZ

MINUTE ORDER

　　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　　(1)　　The Government's unopposed motion, docket no. 649, to dismiss Counts 1, 15–30, and 32–34 of the Third Superseding Indictment, docket no. 290, is GRANTED, and such counts are DISMISSED without prejudice. *See* Fed. R. Crim. P. 48(a).

　　　　(2)　　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　　　Dated this 26th day of April, 2021.

　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　s/Gail Glass
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1