THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

CLYDE McKNIGHT,

   Defendant.

CAUSE NO. CR 18-016 TSZ

**DEFENDANT'S SECOND SUPPLEMENTAL WITNESS LIST**

DEFENDANT, CLYDE McKNIGHT, by and through his attorney, MICHAEL AUSTIN STEWART, hereby gives notice that he may call the following additional witnesses at trial.

18. Chad Petrakis

19. Janee Keatts

20. Cleodis Floyd

21. Floyd Ardrey

22. 911 Dispatch Operators: 32 & 92 and Lincoln Tow Operator. These witnesses will be later identified and may be called in rebuttal only to issues regarding timestamps of 911 calls.

DEFENDANT'S SECOND SUPPLEMENTAL
WITNESS LIST
Page 1 of 2

MICHAEL AUSTIN STEWART
Attorney at Law, PLLC
1105 Tacoma Avenue South
Tacoma, Washington 98402
Telephone: (253) 383-5346
Fax: (253) 572-9010
StewartLawTacoma@gmail.com

The Defendant reserves the right to supplement this list and/or call other witnesses at trial to address issues and defenses raised by Plaintiff.

DATED this 27th day of April, 2021

_____
MICHAEL AUSTIN STEWART
Attorney for Defendant, WSBA # 23981

DEFENDANT'S SECOND SUPPLEMENTAL
WITNESS LIST
Page 2 of 2

MICHAEL AUSTIN STEWART
Attorney at Law, PLLC
1105 Tacoma Avenue South
Tacoma, Washington 98402
Telephone: (253) 383-5346
Fax: (253) 572-9010
StewartLawTacoma@gmail.com