THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

             Plaintiff,

vs.

CLYDE McKNIGHT,

             Defendant.

CAUSE NO. CR 18-016 TSZ

**DEFENDANT'S REVISED WITNESS LIST**

DEFENDANT, CLYDE McKNIGHT, by and through his attorney, MICHAEL AUSTIN STEWART, hereby gives notice of his revised witnesses to be called at trial.

1. Detective Simon Edison
2. Detective Stephen Knapp
3. Agent Kevin Palermo
4. Clint Harris
5. Officer Brian Patenaude
6. Janee Keatts
7. Cleodis Floyd
8. Floyd Ardrey

DEFENDANT'S REVISED
WITNESS LIST
Page 1 of 2

MICHAEL AUSTIN STEWART
Attorney at Law, PLLC
1105 Tacoma Avenue South
Tacoma, Washington 98402
Telephone: (253) 383-5346
Fax: (253) 572-9010
StewartLawTacoma@gmail.com

The Defendant reserves the right to supplement and/or revise this list and/or call other witnesses at trial to address issues and defenses raised by Plaintiff.

DATED this 14th day of May, 2021

_____
MICHAEL AUSTIN STEWART
Attorney for Defendant, WSBA # 23981

DEFENDANT'S REVISED
WITNESS LIST
Page 2 of 2

MICHAEL AUSTIN STEWART
Attorney at Law, PLLC
1105 Tacoma Avenue South
Tacoma, Washington 98402
Telephone: (253) 383-5346
Fax: (253) 572-9010
StewartLawTacoma@gmail.com