The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR18-16 |
| | ) | |
| v. | ) | **Order Granting Unopposed Motion for** |
| | ) | **Generation of Sealed Transcripts** |
| CLYDE MCKNIGHT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the need for appellate counsel to have access to transcripts, the Court

ORDERS that the sealed transcripts for 3/8/2019 (digital recording, to be transcribed by Nancy

Bauer) and 7/26/2018 (court reporter Nicki Drury) shall be created and transmitted to counsel

for McKnight on appeal, Harry Williams, but remain sealed to other parties and for all other

purposes, except that portions of the transcript for proceedings on 7/26/2018 involving

defendant Michael Turner, during which neither defendant Clyde McKnight nor his counsel

were present, shall not be provided to Mr. Williams and shall remain sealed for all purposes.

DATED this 30th day of September, 2021.

*Thomas S Zilly*

Thomas S. Zilly
United States District Judge

Order – Page 1

**Harry Williams Law**
PO Box 22438
Seattle, WA 98122
206.240.1958

Presented by:

DATED September 30, 2021.

LAW OFFICE OF HARRY WILLIAMS

By  s/ Harry Williams IV
        Harry Williams IV, WSBA #41020
        harry@harrywilliamslaw.com.
        PO Box 22438
        Seattle, WA 98122
        206.240.1958

**_Attorney for McKnight_**

Order – Page 2