UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CLYDE McKNIGHT,<br><br>  Defendant. | CR18-16 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's unopposed motion, docket no. 745, for access to certain sealed documents is GRANTED in part and STRICKEN in part, as follows:

  (a) The Clerk is DIRECTED to print the following documents and leave them in a sealed envelope at the courthouse's "will call" window for defendant's appellate counsel, Harry Williams IV or his designee to collect:

- Exhibits to motion to re-open *Franks* hearing, docket no. 228 (7 pages)

- Defendant's pro se letter dated July 30, 2019, docket no. 246 (7 pages)

- Memorandum by Michael Nance and exhibits, docket nos. 248 (42 pages) and 249 (9 pages)

- Supplemental memorandum by Michael Nance, docket no. 253 (1 page)

MINUTE ORDER - 1

- Defendant's pro se letter dated August 15, 2019, docket no. 254 (3 pages)

- Defendant's pro se letter dated August 6, 2020, docket no. 558 (6 pages)

(b) Defendant's pro se motions for in camera review of presentence reports of cooperating witnesses, docket no. 552, and for a copy of the warrant issued for his arrest, docket no. 557, were unsealed by Minute Order entered August 27, 2020, docket no. 578, and the pending motion for access to such materials is STRICKEN as moot.

(c) Mr. Williams and his staff shall abide by all protective orders entered in this matter and shall maintain the confidentiality of materials subject to such protective orders that are being provided pursuant to this Minute Order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of December, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2