UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

CLYDE McKNIGHT,

        Defendant.

CR18-16 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff United States of America's motion, docket no. 777, to apply seized property to defendant Clyde McKnight's judgment debt is GRANTED as follows:

    (a) The United States Marshals Service is DIRECTED to deliver $35,536.00 in United States currency to the Clerk of the Court as payment in full of the balance of defendant's judgment debt; and

    (b) The balance of the United States currency seized from defendant, namely $4,064.64, shall be remitted to the Federal Bureau of Prisons, to be deposited into defendant's inmate trust account.

(2) Defendant's motion for return of property, docket no. 775, is STRICKEN as moot.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant pro se at the United States Penitentiary in Atwater, California.

Dated this 19th day of September, 2024.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

MINUTE ORDER - 1