The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLYDE McKNIGHT,<br><br>Defendant. | No. CR18-016 TSZ<br><br>**FINAL ORDER<br>OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property (the "Subject Property"):

1. A Glock Model 27 pistol, bearing serial number YMN286, seized in Portland, Oregon on or about January 4, 2018; and

2. 12 Rounds of Federal .40 caliber ammunition, seized in Portland, Oregon on or about January 4, 2018.

The Court, having reviewed the United States' Motion, and other pleadings and papers filed in this matter, as well as the Declaration of Assistant United States Attorney Krista K. Bush in Support of a Final Order of Forfeiture ("Bush Decl."), hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

Final Order of Forfeiture- 1
U.S. v. Clyde McKnight, CR18-016 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The Subject Property is forfeitable pursuant to 18 U.S.C. § 924(d), by way of 28 U.S.C. § 2461(c), as property involved in, or used to commit or facilitate commission of, the offense of *Felon in Possession of a Firearm*, in violation of 18 U.S.C. § 922(g)(1) and § 924(a)(2), of which Defendant was found guilty at trial (*see* Dkt. No. 682);

- On August 26, 2021, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 924(d), by way of 28 U.S.C. § 2461(c), and forfeiting the Defendant's interest in it (Dkt. No. 706);

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 722) and sent direct notice by U.S. Certified Mail to four potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Bush Decl., ¶ 3, Exhibits A - D);

- The United States has used all available efforts to provide notice by means reasonably calculated to these four identified potential claimants, as required by Fed. R. Crim. P. 32.2(b)(g) and Suppl. Rule G(4)(b); and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

///

///

Final Order of Forfeiture- 2
*U.S. v. Clyde McKnight,* CR18-016 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The Drug Enforcement Administration, and/or its representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this  7th  day of  February , 2025.

_____
THE HON. THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

Presented by:

 s/ Krista K. Bush
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov

Final Order of Forfeiture- 3
U.S. v. Clyde McKnight, CR18-016 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970